A TRUE COPY ATTEST

Date: 12/19/2023

BRENNA B. MAHONEY, CLERK OF COURT

By: *Alisha Francis,* Deputy Clerk

Clerk's Office
Filed Date: 12/19/2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND
SALES PRACTICES LITIGATION                                              MDL No. 3089

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On December 6, 2023, the Panel transferred 8 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, no additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Brian M. Cogan.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Cogan.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of December 6, 2023, and, with the consent of that court, assigned to the Honorable Brian M. Cogan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 15, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

IN RE: ORAL PHENYLEPHRINE MARKETING AND
SALES PRACTICES LITIGATION                                      MDL No. 3089

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| ARIZONA | | | | |
| AZ | 2 | 23−02108 | Bader et al v. Johnson & Johnson Consumer Incorporated et al | 1:23-cv-09253 |
| ARKANSAS WESTERN | | | | |
| ARW | 5 | 23−05165 | Holmes v. WalMart, Inc. | 1:23-cv-09255 |
| CALIFORNIA NORTHERN | | | | |
| CAN | 3 | 23−04807 | Jones v. Reckitt Benckiser Pharmaceuticals, Inc. et al | 1:23-cv-09256 |
| CAN | 3 | 23−04817 | Hernandez v. Johnson & Johnson Consumer, Inc. | 1:23-cv-09257 |
| CAN | 3 | 23−04909 | Taylor et al v. Procter & Gamble Company | 1:23-cv-09258 |
| CAN | 3 | 23−05466 | Hansen et al v. Walmart, Inc. | 1:23-cv-09259 |
| CAN | 3 | 23−05715 | Enriquez v. The Procter & Gamble Company et al | 1:23-cv-09260 |
| CAN | 4 | 23−04875 | Nelson et al v. Johnson & Johnson Consumer, Inc.et al | 1:23-cv-09261 |
| CAN | 4 | 23−05128 | McPhee et al v. Johnson & Johnson Consumer Companies, Inc. et al | 1:23-cv-09262 |
| CAN | 4 | 23−05367 | Flores v. Costco Wholesale Corporation | 1:23-cv-09263 |
| FLORIDA MIDDLE | | | | |
| FLM | 8 | 23−02226 | Rampalli v. Publix Super Markets, Inc. | 1:23-cv-09264 |
| FLORIDA NORTHERN | | | | |
| FLN | 3 | 23−24588 | GRIMSLEY v. RECKITT BENCKISER LLC | 1:23-cv-09265 |
| FLN | 3 | 23−24628 | MORGAN v. PROCTER & GAMBLE | 1:23-cv-09266 |
| FLORIDA SOUTHERN | | | | |
| FLS | 1 | 23−23939 | Valdes v. McNeil Consumer Healthcare et al | 1:23-cv-09267 |
| FLS | 1 | 23−24112 | Silva v. Reckitt Benckiser LLC et al | 1:23-cv-09268 |
| ILLINOIS NORTHERN | | | | |
| ILN | 1 | 23−13926 | NOVISKIS v. JOHNSON & JOHNSON CONSUMER INC. et al | 1:23-cv-09270 |
| ILN | 1 | 23−14015 | Rampalli v. Walgreen Co. | 1:23-cv-09271 |
| ILN | 1 | 23−14060 | De Priest et al v. Walgreen Co. et al | 1:23-cv-09272 |

| | | | | |
|---|---|---|---|---|
| ILN | 1 | 23–14155 | Cohen et al v. Walgreens Boots Alliance, Inc. | 1:23-cv-09273 |
| ILN | 1 | 23–14404 | Hsieh et al. v. Procter & Gamble Company et al. | 1:23-cv-09274 |
| ILN | 1 | 23–14558 | Derosa v. Walgreen Co. | 1:23-cv-09275 |

**ILLINOIS SOUTHERN**

| | | | | |
|---|---|---|---|---|
| ILS | 3 | 23–03494 | Means v. Johnson & Johnson Consumer Inc. | 1:23-cv-09276 |

**KANSAS**

| | | | | |
|---|---|---|---|---|
| KS | 2 | 23–02426 | Nyanjom v. Reckitt Benckiser LLC et al | 1:23-cv-09277 |
| KS | 2 | 23–02430 | Fong v. Johnson & Johnson Consumer Inc. et al | 1:23-cv-09278 |

**LOUISIANA EASTERN**

| | | | | |
|---|---|---|---|---|
| LAE | 2 | 23–05846 | Murdock et al v. RB Health (US), LLC et al | 1:23-cv-09279 |

**MARYLAND**

| | | | | |
|---|---|---|---|---|
| MD | 8 | 23–02864 | Rankin v. Harris Teeter, LLC et al | 1:23-cv-09280 |

**MINNESOTA**

| | | | | |
|---|---|---|---|---|
| MN | 0 | 23–02915 | Rampalli v. Target Corporation | 1:23-cv-09281 |
| ~~MN~~ | ~~0~~ | ~~23–03471~~ | ~~Etten v. Johnson & Johnson Consumer, Inc. et al~~ | Vacated 12/15/23 |

**MISSOURI EASTERN**

| | | | | |
|---|---|---|---|---|
| MOE | 4 | 23–01342 | Heaghney v. Johnson & Johnson Consumer Inc. et al | 1:23-cv-09282 |

**MISSOURI WESTERN**

| | | | | |
|---|---|---|---|---|
| MOW | 2 | 23–04200 | Isom v. Johnson & Johnson Consumer Inc. et al | 1:23-cv-09283 |
| MOW | 4 | 23–00663 | Walker v. Johnson & Johnson Consumer Inc. et al | 1:23-cv-09284 |
| MOW | 5 | 23–06120 | Wright v. Johnson & Johnson Consumer Inc. et al | 1:23-cv-09285 |

**NEW JERSEY**

| | | | | |
|---|---|---|---|---|
| NJ | 2 | 23–20444 | REINKRAUT v. JOHNSON & JOHNSON CONSUMER, INC. et al | 1:23-cv-09286 |
| NJ | 2 | 23–20480 | KLEIMAN v. BAYER HEALTH CARE, LLC | 1:23-cv-09287 |
| NJ | 2 | 23–20529 | SCOFFIER v. RB HEALTH (US) LLC | 1:23-cv-09288 |
| NJ | 2 | 23–20552 | STRIEGEL v. RB HEALTH (US) LLC | 1:23-cv-09289 |
| NJ | 2 | 23–20962 | PAGE v. RB HEALTH (US) LLC et al | 1:23-cv-09290 |
| NJ | 2 | 23–21051 | ADKINS et al v. RECKITT BENCKISER PHARMACEUTICALS INC. et al | 1:23-cv-09291 |
| NJ | 2 | 23–21090 | SYGAL et al v. RB HEALTH (US) LLC | 1:23-cv-09292 |
| NJ | 2 | 23–21126 | LEE et al v. THE PROCTER & GAMBLE COMPANY et al | 1:23-cv-09294 |
| NJ | 2 | 23–21163 | SANES et al v. BAYER HEALTHCARE LLC | 1:23-cv-09295 |
| NJ | 2 | 23–21276 | WILSON v. JOHNSON & JOHNSON CONSUMER, INC. et al | 1:23-cv-09296 |
| NJ | 2 | 23–21411 | JONES v. BAYER CORPORATION et al | 1:23-cv-09297 |
| NJ | 3 | 23–20478 | ROURK v. HALEON, PLC | 1:23-cv-09298 |
| NJ | 3 | 23–20551 | LAWRENCE v. JOHNSON & JOHNSON CONSUMER, INC. | 1:23-cv-09299 |
| NJ | 3 | 23–20558 | JOYNER v. JOHNSON & JOHNSON CONSUMER, INC. | 1:23-cv-09300 |

| | | | | |
|---|---|---|---|---|
| NJ | 3 | 23–20816 | Lewis et al v. JOHNSON & JOHNSON CONSUMER , INC. et al | 1:23-cv-09301 |
| NJ | 3 | 23–20818 | WARD et al v. JOHNSON & JOHNSON CONSUMER INC | 1:23-cv-09302 |
| NJ | 3 | 23–20895 | THOMAS et al v. KENVUE, INC. et al | 1:23-cv-09303 |

**NEW MEXICO**

| | | | | |
|---|---|---|---|---|
| NM | 1 | 23–00883 | Chavez v. Johnson & Johnson Consumer, Inc. et al | 1:23-cv-09304 |

**OHIO SOUTHERN**

| | | | | |
|---|---|---|---|---|
| OHS | 1 | 23–00590 | Kleiman v. Procter and Gamble Company | 1:23-cv-09305 |
| OHS | 1 | 23–00607 | Travis v. Procter & Gamble Company et al | 1:23-cv-09306 |
| OHS | 1 | 23–00613 | Newton's Pharmacy, Inc. v. Procter & Gamble Company et al | 1:23-cv-09307 |
| OHS | 1 | 23–00623 | Reyes v. The Procter & Gamble Company et al | 1:23-cv-09308 |
| OHS | 1 | 23–00680 | Vent v. The Procter & Gamble Company | 1:23-cv-09309 |

**OREGON**

| | | | | |
|---|---|---|---|---|
| OR | 3 | 23–01355 | Thorns et al v. Johnson & Johnson et al | 1:23-cv-09310 |

**PENNSYLVANIA EASTERN**

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 23–03663 | PARKER v. RITE AID CORPORATION et al | 1:23-cv-09311 |
| PAE | 2 | 23–03783 | KASPARIE et al v. BAYER HEALTHCARE LLC et al | 1:23-cv-09312 |
| PAE | 2 | 23–03856 | BENJAMIN et al v. GLAXOSMITHKLINE LLC et al | 1:23-cv-09313 |
| PAE | 2 | 23–03874 | EMMONS et al v. MCNEILL CONSUMER HEALTHCARE et al | 1:23-cv-09314 |
| PAE | 2 | 23–03899 | ANDERSON et al v. THE PROCTER & GAMBLE COMPANY et al | 1:23-cv-09315 |
| PAE | 2 | 23–04435 | CHAMBERLAIN v. JOHNSON & JOHNSON CONSUMER INC et al | 1:23-cv-09316 |

**RHODE ISLAND**

| | | | | |
|---|---|---|---|---|
| RI | 1 | 23–00403 | Emily Cohen v. CVS Pharmacy, Inc. | 1:23-cv-09317 |

**SOUTH CAROLINA**

| | | | | |
|---|---|---|---|---|
| SC | 2 | 23–04727 | Kleiman v. CVS Health Corporation | 1:23-cv-09318 |

**WASHINGTON WESTERN**

| | | | | |
|---|---|---|---|---|
| WAW | 2 | 23–01481 | Carrigan v. Johnson & Johnson et al | 1:23-cv-09319 |
| WAW | 2 | 23–01606 | Thompson v. Reckitt Benckiser LLC | 1:23-cv-09320 |